UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal Case No. 10-CR-154 (DSD)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **NOTICE OF APPEARANCE** |
| | ) | |
| FAWAZ MAHMOUD WAZWAZ, | ) | |
| | ) | |
| Defendant. | ) | |

PLEASE TAKE NOTICE that undersigned counsel Jordan S. Kushner hereby appears and substitutes as retained counsel for Defendant Fawaz Mahmoud Wazwaz in the above-captioned case.

Dated: May 9, 2022

LAW OFFICE OF JORDAN S. KUSHNER

By s/Jordan S. Kushner
Jordan S. Kushner, ID 219307
Attorney for Defendant
431 South 7th Street, Suite 2446
Minneapolis, Minnesota 55415
(612) 288-0545